# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ISAIAH FORMAN, | |
| Plaintiff, | Cause No.: 4:19-cv-2356SNLJ |
| v. | |
| THE CITY OF WOODSON TERRACE, | |
| Defendant. | |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, by and through his undersigned counsel of record, and hereby dismisses this matter with prejudice.   Each party shall bear their own costs.

*Respectfully submitted*,

McCLOSKEY, P.C.

By: */s/Mark T. McCloskey*
Mark T. McCloskey, #36144
Patricia N. McCloskey, #36153
The Niemann Mansion
4472 Lindell Blvd.
St. Louis, Missouri 63108
(314) 721-4000 telephone
(314) 721-3664 facsimile
McCloskeyLaw@aol.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on **December 22, 2021** electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

By: */s/Mark T. McCloskey*